IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE DIPIPPA, as surviving    *
Spouse and Personal
Representative of the Estate        *
of EDNA CARTER
                                    *
            Plaintiff
                                    *
            vs.                          CIVIL ACTION NO. MJG-05-383
                                    *
OLYMPUS OPTICAL CO., LTD. and
OLYMPUS AMERICA, INC.               *

            Defendants              *

*       *       *       *       *       *       *       *       *

ORDER OF DISMISSAL DUE TO SETTLEMENT
(UNDER LOCAL RULE 111.1)

        The Court has been advised by counsel for the parties that

the above action has been settled, including all counterclaims,

cross-claims and third-party claims, if any.

        Accordingly, pursuant to Rule 111.1 of the Rules of the

United States District Court for the District of Maryland this

action is hereby DISMISSED with each party to bear its own costs

unless otherwise agreed, in which event the costs shall be

adjusted between the parties.  The entry of this Order is without

prejudice to the right of a party to move for good cause within

30 days of the date of this Order to reopen this action if

settlement is not consummated.  If no such motion is filed within

the aforesaid time the dismissal of this action is with
prejudice.

SO ORDERED, on <u>Wednesday, May 10, 2006</u>.


                                   /s/
                        _____
                           Marvin J. Garbis
                        United States District Judge